LISA R.J. PORTER
KP Law LLC
16200 SW Pacific Hwy, Suite H-280
Portland, OR 97224
(503) 245-6309
OSB NO. 025035
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Donald E. Jacobson,
        Plaintiff,

vs.

MICHAEL J. ASTRUE
COMMISSIONER of Social Security,
        Defendant       /

Civil Action No. 3:11-cv-00869-RE

ORDER GRANTING AWARD
OF EAJA FEES, EXPENSES
COSTS

## ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, U.S. (2010), it is hereby ordered that EAJA attorney's fees of $3,405.34 and expenses of $4,12 and costs of $6,20, shall be paid to the Plaintiff, and mailed to the attorney's office.

Done this 11th day of October, 2012.

                                         _____
                                                  Judge

Presented by:

s/Lisa R.J. Porter
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
16200 SW Pacific Hwy., Suite H280
Portland, OR 97224