LISA R.J. PORTER
KP Law LLC
16200 SW Pacific Hwy, Suite H-280
Portland, OR 97224
(503) 245-6309
OSB NO. 025035
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| Donald E. Jacobson,<br>　　　　Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE<br>COMMISSIONER of Social Security,<br>　　　　Defendant　　／ | Civil Action No. 3:11-cv-00869-RE<br><br><br>ORDER GRANTING AWARD<br>OF EAJA FEES, EXPENSES<br>COSTS |

ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in <u>Astrue v Ratliff,</u> U.S. (2010), it is hereby ordered that EAJA attorney's fees of $3,405.34 and expenses of $4,12 and costs of $6,20, shall be paid to the Plaintiff, and mailed to the attorney's office.

Done this 11th day of October, 2012.

_____
Judge

Presented by:

s/Lisa R.J. Porter
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
16200 SW Pacific Hwy., Suite H280
Portland, OR 97224